# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pugh, Cary D. | U.S. Tax Court | 03/22/2021 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Judge - active

**5a. Report Type** (check appropriate type)

☐ Nomination Date
☐ Initial ☑ Annual ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2020
**to**
12/31/2020

**7. Chambers or Office Address**

400 Second St. NW
Washington, DC 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Attorney-in-fact | POA #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 03/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 03/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 03/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    Suntrust Bank accounts | A | Interest | N | T | | | | | |
| 2.    401(k) | | | | | | | | | |
| 3.    - Vanguard Retirement 2030 | D | Dividend | O | T | | | | | |
| 4.    - Vanguard Institutional Index | A | Dividend | M | T | | | | | |
| 5.    - American Funds EuroPacific Growth | A | Dividend | L | T | | | | | |
| 6.    IRA #1 | | | | | | | | | |
| 7.    - T Rowe Price Retirement 2030 | A | Dividend | K | T | | | | | |
| 8.    IRA #2 | | | | | | | | | |
| 9.    - Clearbridge Value Trust | A | Dividend | K | T | | | | | |
| 10.    - Miller Opportunity Trust | B | Dividend | J | T | | | | | |
| 11.    IRA #3 | | | | | | | | | |
| 12.    - Vanguard 500 Index Fund | A | Dividend | L | T | | | | | |
| 13.    - Powershares QQQ Trust | A | Dividend | K | T | | | | | |
| 14.    - T. Rowe Price Overseas Dividend Stock Fund | A | Dividend | K | T | | | | | |
| 15.    Project Capital 2006 LLC | A | Int./Div. | J | U | Distributed (part) | 01/13/20 | J | | |
| 16.    Project Capital 2008 LLC | B | Int./Div. | J | U | Distributed (part) | 01/13/20 | J | | |
| 17.    Brokerage account #1 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 03/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Berkshire Hathaway B | | None | M | T | Buy (add'l) | 05/11/20 | K | | |
| 19. - Coca-Cola common | A | Dividend | J | T | | | | | |
| 20. - Intel common | A | Dividend | K | T | | | | | |
| 21. - Microsoft common | A | Dividend | K | T | | | | | |
| 22. - Bank of the James common | A | Dividend | J | T | | | | | |
| 23. - Walt-Disney common | A | Dividend | K | T | | | | | |
| 24. - AGG | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 25. - Vanguard Small Cap ETF | A | Dividend | K | T | Buy | 06/11/20 | J | | |
| 26. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 27. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 28. - Vanguard SP 500 ETF | C | Dividend | N | T | Buy | 04/13/20 | K | | |
| 29. | | | | | Buy (add'l) | 04/20/20 | K | | |
| 30. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 31. | | | | | Buy (add'l) | 05/04/20 | K | | |
| 32. | | | | | Buy (add'l) | 05/11/20 | K | | |
| 33. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 34. | | | | | Buy (add'l) | 06/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 03/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 44.   - Vanguard Long Term Treasury ETF | A | Dividend | | | Buy | 02/26/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 03/09/20 | K | | |
| 46. | | | | | Sold | 04/30/20 | J | A | |
| 47.   - TD Ameritrade FDIC Insured Deposit Account | A | Interest | J | T | | | | | |
| 48.   T Rowe Price Equity Index 500 | D | Dividend | M | T | | | | | |
| 49.   T Rowe Price Retirement 2030 | | None | | | Sold<br>(part) | 03/13/20 | L | E | |
| 50. | | | | | Sold | 04/03/20 | M | A | |
| 51.   T Rowe Price Virginia Tax Free Bond | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pugh, Cary D.** | 03/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Farmers Bank of Appomattox common | A | Dividend | J | T | | | | | |
| 53. MassMutual Whole Life Insurance Policy | A | Interest | K | T | | | | | |
| 54. Installment Note | B | Int./Div. | | | Matured | 03/01/20 | K | A | Michael Kapfer |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 03/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments listed on lines 15 and 16 of Part VII also produce other passive income reported on return because of partnership form and make annual cash distributions (which do not constitute sales or redemptions of any of the interests held).

Proceeds from the dispositions reported on lines 49 and 50 of Part VII were deposited in the cash accounts listed on lines 1 and 47.  The deposit to the account listed on line 1 caused the value code for that account to change.  The funds in the cash account listed on line 47 were used for the acquisitions reported on lines 18, 24-45, and these transactions caused the value code for the account listed on line 47 to change as well.

The investment listed on line 54 of Part VII represents seller financing provided to the buyer in connection with the 2018 sale of an unimproved lot held as as a potential buildable lot. The financing was paid off on the date noted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cary D. Pugh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544